UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CPA LEAD, LLC,<br><br>    Plaintiff(s),<br><br> v.<br><br>ADEPTIVE ADS LLC, et al.,<br><br>    Defendant(s). | Case No. 2:14-CV-1449 JCM (CWH)<br><br>ORDER |

Presently before the court is defendant Michael Belmonte's (hereinafter "defendant") emergency motion to vacate or modify the court's temporary restraining order. (Doc. # 12). Plaintiff filed a response, (doc. # 16), and defendant filed a reply, (doc. # 17).

On September 8, 2014, plaintiff filed an *ex parte* motion for a temporary restraining order. (Doc. # 4). On September 10, 2014, the court granted plaintiff's motion. (Doc. # 6).

Pursuant to Federal Rule of Civil Procedure 65, a temporary restraining order may only be issued for a maximum of 14 days. Fed. R. Civ. P. 65(b)(2). On September 24, 2014, the court heard arguments on plaintiff's motion for preliminary injunction. (Doc. # 5). The court ordered that the temporary restraining order in this case was dissolved by the 14 day limit. (Doc. # 20).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion to vacate, (doc. # 12), be, and the same hereby is, DENIED as moot.

DATED October 1, 2014.

                   /s/ James C. Mahan
                   UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**