1  DANIEL MARKS, ESQ.
   Nevada State Bar No. 002003
2  ADAM LEVINE, ESQ.
   Nevada State Bar No. 004673
3  CHRISTOPHER L. MARCHAND, ESQ.
   Nevada State Bar No. 011197
4  610 South Ninth Street
   Las Vegas, Nevada 89101
5  (702) 386-0536 - FAX: (702) 386-6812
   Attorneys for Defendant Michael Simmons

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

CPALEAD, LLC, a Nevada limited liability company,

        Plaintiffs,

vs.

ADEPTIVE ADS, LLC, a Nevada limited liability company; JASON BUTLER, an individual; and MICHAEL BELMONTE, an individual,

        Defendants.

Case No. 2:14-cv-01449-JCM-CWH

(Filed Under Seal)

### DEFENDANT MICHAEL BELMONTE'S (SIMMONS') MOTION TO UNSEAL

COMES NOW the Defendant Michael Belmonte (Simmons), by and through his counsel, Daniel Marks, Esq., and Christopher L. Marchand, Esq. of the Law Offices of Daniel Marks, and hereby submits

////
////
////
////
////
////
////
////

1  his Motion to Unseal.  The grounds for Defendant's Motion are set forth in the attached memorandum
2  of Points and Authorities.
3      DATED this 20 day of October, 2014.

LAW OFFICE OF DANIEL MARKS

DANIEL MARKS, ESQ.
Nevada Bar No. 002003
CHRISTOPHER L. MARCHAND, ESQ.
Nevada Bar No. 11197
610 South Las Vegas Blvd.
Las Vegas, Nevada 89101
Attorneys for Defendant Michael Simmons

## MEMORANDUM OF POINTS AND AUTHORITIES

On September 8, 2014, Plaintiff filed a Motion to Open and Maintain Action Under Seal. Plaintiff claimed the need for this matter to be filed and maintained under seal: "(1) until the Court has ruled on Plaintiff's emergency, *ex parte*, motion for a temporary restraining order, which seeks to prohibit Defendants from any further disclosure or use of Plaintiff's trade secret and otherwise confidential customer lists and proprietary software; and (2) until Plaintiff has had three business days to serve the Defendants with any temporary restraining order the Court may enter."

Both of these conditions have long been satisfied.  All Defendants in the present matter have long since been served and this Court entered the Temporary Restraining Order on September 10, 2014 (which has subsequently expired and been replaced with a Preliminary Injunction).  As the reasons for why this matter should have been sealed have expired the matter should be unsealed.

This Country has long recognized the right of the public to inspect and copy public records and documents, including judicial records and documents. **Nixon v. Warner Communications, Inc.**, 435 U.S. 589, 597, 98 S.Ct. 1306, 1312 (1978) (internal citations omitted).  The Supreme Court has also found that pursuant to the First Amendment to the United States Constitution the public has a right to attend trials. **Richmond Newspapers, Inc. v. Virginia**, 448 U.S. 555, 580, n. 17 (1980), *see also* e.g., **Lugosch v. Pyramid Co.**, 435 F.3d 110, 121 (2d Cir. 2006); **Publicker Indus., Inc. v. Cohen**, 733 F.2d 1059, 1061 (3d Cir. 1984); **Rushford v. New Yorker Magazine, Inc.**, 846 F.2d 249, 253 (4th Cir. 1988).

In light of the fact that there appears to be no reason to maintain this action under seal pursuant to Plaintiff's Motion, and in light of the fact that there is a right for the public to have access to the records filed in this case or to attend the Court hearings and trial, this matter should be unsealed.

DATED this ____ day of October, 2014.

LAW OFFICE OF DANIEL MARKS

_____
DANIEL MARKS, ESQ.
Nevada Bar No. 002003
CHRISTOPHER L. MARCHAND, ESQ.
Nevada Bar No. 11197
610 South Ninth Street
Las Vegas, Nevada 89101
Attorneys for Defendant Michael Simmons

## ORDER

IT IS SO ORDERED.

Dated: October 22, 2014

_____
United States Magistrate Judge

3

**CERTIFICATE OF MAILING**

I hereby certify that I am an employee of the LAW OFFICE OF DANIEL MARKS, and that on the 20th day of October, 2014, I did deposit in the United States Post Office, at Las Vegas, Nevada, in a sealed envelope with first class postage fully prepaid thereon, a true and correct copy of the foregoing **DEFENDANT MICHAEL BELMONTE'S (SIMMONS') MOTION TO UNSEAL**, to the addresses as follows:

Richard B. Newman, Esq.
HINCH NEWMAN, LLP
1450 Broadway, 35th Floor
New York, NY 100018

Jonathan W. Fountain, Esq.
LEWIS ROCA ROTHGERBER, LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169

Shane W. Clayton, Esq.
DURHAM JONES & PINEGAR, PC
10785 W. Twain Ave. #200
Las Vegas, Nevada 89135

_____
An employee of the

4