RICHARD B. NEWMAN, ESQ.
Nevada Bar No. 8203
HINCH NEWMAN LLP
1450 Broadway, 35th Floor
New York, NY  10018
Telephone:   (212) 756-8777
Facsimile:   (866) 449-4897
rnewman@hinchnewman.com

JONATHAN W. FOUNTAIN, ESQ.
Nevada Bar No. 10351
LEWIS ROCA ROTHGERBER LLP
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV  89169
Telephone:   (702) 949-8340
Facsimile:   (702) 949-8374
jfountain@lrrlaw.com

*Attorneys for Plaintiff
CPALEAD, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CPALEAD, LLC, a Wisconsin limited liability company,<br><br>       Plaintiff,<br><br>v.<br><br>ADEPTIVE ADS LLC, a Nevada limited liability company; JASON BUTLER, an individual; and MICHAEL BELMONTE, an individual,<br><br>       Defendants. | Case No. 2:14-cv-01449-JCM-CWH<br><br>**MOTION TO APPEAR TELEPHONICALLY** |

Plaintiff, CPALEAD, LLC ("Plaintiff" and/or "CPAlead"), by and through its attorneys HINCH NEWMAN LLP and LEWIS ROCA ROTHGERBER LLP, hereby requests that the Court grant permission for CPALead's New York counsel Richard Newman to appear telephonically at the hearing currently scheduled before Judge Hoffman on **December 22, 2014 at 2:30 p.m.** on Plaintiff's Emergency Motion to Seal (Doc. 41) and Defendant Michael Belmonte's Motion to Stay Discovery (Doc. 52).  Plaintiff's local counsel will be physically present, but Plaintiff

requests that its New York counsel Richard Newman, of HINCH NEWMAN LLP, be permitted to appear telephonically to avoid incurring unnecessary travel costs and fees in this case.

Dated: this 19th day of December, 2014.

        Respectfully submitted,

        HINCH NEWMAN LLP

        Richard B. Newman
        Nevada Bar No. 8203
        1450 Broadway, 35th Floor
        New York, NY  10018
        Telephone:     (212) 756-8777
        Facsimile:      (866) 449-4897
        rnewman@hinchnewman.com

        -and-

        LEWIS ROCA ROTHGERBER, LLP

        By: /s/Jonathan W. Fountain
        Jonathan W. Fountain
        Nevada Bar No. 10351
        3993 Howard Hughes Pkwy., Suite 600
        Las Vegas, NV  89169
        Telephone:     (702) 949-8340
        Facsimile:      (702) 949-8374
        jfountain@lrrlaw.com

        *Attorneys for Plaintiff*
        *CPALEAD, LLC*

## **ORDER**

It is so ordered.

Dated:  December 19, 2014

                            _____
                            United States Magistrate Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2014, I filed a true and accurate copy of the foregoing document entitled, MOTION TO APPEAR TELEPHONICALLY, with the Clerk of the Court via the Court's CM/ECF system, which sent electronic notice to the following counsel of record:

| | |
|---|---|
| Daniel Marks, Esq.<br>Christopher L. Marchand, Esq.<br>Law Offices of Daniel Marks<br>610 S. 9th Street<br>Las Vegas, NV 89101<br><br>Email: office@danielmarks.net<br>Email: cmarchand@danielmarks.net<br><br>Counsel for Michael Belmonte a/k/a Michael Simmons | Shane W. Clayton, Esq.<br>Craig S. Newman, Esq.<br>Durham Jones & Pinegar<br>10785 West Twain Avenue, Suite 200<br>Las Vegas, NV 89135<br><br>Email: sclayton@djplaw.com<br>Email: cnewman@djplaw.com<br><br>Counsel for Adeptive Ads LLC and Jason Butler |

Dated: this 19th day of December, 2014

/s/ Jonathan W. Fountain
An employee of Lewis Roca Rothgerber, LLP