SHANE W. CLAYTON, ESQ.
Nevada Bar No. 008783
**DURHAM JONES & PINEGAR, P.C.**
10785 West Twain Avenue, Suite 200
Las Vegas, Nevada 89135
Phone: 702.870.6060
Fax: 702.870.6090
Email: sclayton@djplaw.com
aager@djplaw.com

*Attorneys for Defendants,*
*Adeptive Ads LLC and Jason Butler*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CPALEAD, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ADEPTIVE ADS LLC, a Nevada limited liability company, JASON BUTLER, an individual, and MICHAEL BELMONTE, an individual,<br><br>Defendants. | Case No.: 2:14-cv-01449-JCM-CWH<br><br>**MOTION TO APPEAR TELEPHONICALLY** |

Defendants ADEPTIVE ADS LLC and JASON BUTLER (collectively "Butler"), by and through their attorneys DURHAM JONES & PINEGAR, hereby requests that the Court grant permission for Butler's counsel Shane W. Clayton to appear telephonically at the hearing currently scheduled before Judge Hoffman on **December 22, 2014 at 2:30 p.m.** on Plaintiff's Emergency Motion to Seal (Doc 41) and Defendant Michael Belmonte's Motion to Stay

LV_294611.1

Discovery (Doc. 52).  Butler's counsel requests that he be permitted to appear telephonically as he will be out of town at the time of the hearing but able to attend telephonically.

DATED this 19th day of December, 2014.

**DURHAM JONES & PINEGAR, P.C.**

By: /s/ Shane W. Clayton
SHANE W. CLAYTON, ESQ.
Nevada Bar No. 008783
10785 West Twain Avenue, Suite 200
Las Vegas, Nevada 89135
Phone: 702.870.6060
Fax: 702.870.6090
Email: sclayton@djplaw.com

*Attorneys for Defendants,*
*Adeptive Ads LLC and Jason Butler*

## ORDER

It is so ordered.

Dated: December 19, 2014

_____
United States Magistrate Judge

LV_294611.1

**CERTIFICATE OF SERVICE**

On December 19, 2014, I served the following document(s):

**MOTION TO APPEAR TELEPHONICALLY**

I served the above-named document(s) by the following means to the persons as listed below:

[X]   **By ECF System** (or the "Notice of Electronic Filing" to all addressees):

[ ]   **By U.S. Mail**, postage fully prepaid to persons and addresses as follows:

[ ]   **By Personal Service** (to persons and addresses):

[ ]   For a party represented by an attorney, delivery was made by handling the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

[ ]   For a party, deliver was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

[ ]   **By Direct Email** (as opposed to through the ECF system (list persons and email addresses). Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ]   **By Facsimile Transmission:** (list persons and fax numbers): Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

[ ]   **By Messenger:** I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger service. (A declaration by the messenger must be attached to this Certificate of Service).

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 19th day of December, 2014.

/s/ Cindy Simmons
An Employee of
**Durham Jones & Pinegar, P.C.**

LV_294611.1