**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CPA LEAD, LLC, a Nevada Limited Liability, | Case No. 2:14-cv-01449-JCM-CWH |
| Plaintiff, | **ORDER** |
| vs. | |
| ADEPTIVE ADS LLC, *et al.*, | |
| Defendants. | |

This matter is before the Court on Defendant's counsel's Motion to Withdraw (doc. # 77), filed March 4, 2015.

Defendant's counsel requests leave to withdraw as counsel of record for Defendant Michael Belmonte (a/k/a Michael Simmons). Pursuant to Local Rule IA 10-6(b), "[n]o attorney may withdraw after appearing in a case except by leave of court after notice has been served on the affected client and opposing counsel." All affected parties, including Defendant, have been made aware of the motion, and there is good cause for withdrawal.

Accordingly, **IT IS HEREBY ORDERED** that Defendant's counsel's Motion to Withdraw (doc. # 77) is **granted**. Attorney Daniel Marks, Esq. shall no longer represent Plaintiff in this matter.

**IT IS FURTHER ORDERED** that withdrawing counsel shall serve a copy of this order on Defendant and file proof of service by **Friday, March 13, 2015**.

**IT IS FURTHER ORDERED** that the parties shall appear before this Court for a telephonic status hearing on **Monday, April 6, 2015, at 3:00 p.m**. At that time, Defendant shall advise the Court if he will

retain new counsel or proceed pro se in this matter.

**IT IS FURTHER ORDERED** that the Clerk of Court shall:

1. Add the last known address of Defendant Michael Belmonte (a/k/a Michael Simmons) to the civil docket:

   **Michael Belmonte (a/k/a Michael Simmons)**
   **875 E. Silverado Ranch, # 2229**
   **Las Vegas, NV 89183**

2. Mail a copy of this order to Defendant at his last known address listed above.

DATED:  March 6, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**

2