**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CPA LEAD, LLC, a Nevada Limited Liability,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ADEPTIVE ADS LLC, *et al.*,<br><br>　　　　Defendants. | Case No.  2:14-cv-01449-JCM-CWH<br><br>**ORDER** |

　　　Before the Court is Defendant Michael Belmonte's, a/k/a Michael Simmons's ("defendant"), Motion to File Electronically (doc. # 91), filed April 16, 2015.

　　　In his motion, defendant asks permission to file, receive, and serve documents electronically in the instant case. See Doc. # 91. Defendant alleges he satisfies the requirements for filing electronically, including having an email account, the necessary hardware and software required to file electronically, and knowledge of the CM/ECF system. Id. Pursuant to the Court's Special Order # 109, the Court grants defendant's motion.

　　　Accordingly, **IT IS HEREBY ORDERED** that defendant's Motion to File Electronically (doc. # 91) is **granted**. Defendant must comply with the following procedures before filing electronically in the instant case:

　　　a.　　On or before **Friday, April 24, 2015**, defendant shall provide certification that he has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are accessible on this Court's website,

        www.nvd.uscourts.gov.

b.     Defendant is not authorized to file electronically until said certification is filed with the Court within the time frame specified.

DATED: April 17, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**

2