RICHARD B. NEWMAN, ESQ.
Nevada Bar No. 8203
HINCH NEWMAN LLP
1450 Broadway, 35th Floor
New York, NY  10018
Telephone:	(212) 756-8777
Facsimile:	(866) 449-4897
rnewman@hinchnewman.com

JONATHAN W. FOUNTAIN, ESQ.
Nevada Bar No. 10351
LEWIS ROCA ROTHGERBER LLP
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV  89169
Telephone:	(702) 949-8340
Facsimile:	(702) 949-8374
jfountain@lrrlaw.com

*Attorneys for Plaintiff*
*CPALEAD, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CPALEAD, LLC, a Nevada limited liability company,<br><br>Plaintiff,   v.<br><br>ADEPTIVE ADS LLC, a Nevada limited liability company, JASON BUTLER, an individual, and MICHAEL BELMONTE, an individual,<br><br>Defendants. | Case No.   2:14-cv-01449-JCM-CWH<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE AND SERVE REPLY MEMORANDUM**<br><br>(First Request) |

Plaintiff CPALead, LLC ("Plaintiff" or "CPALead") and Defendants Adeptive Ads LLC ("Adeptive") and Jason Butler ("Mr. Butler") hereby agree and stipulate to extend the time for CPAlead to file and serve its reply memorandum in further support of Plaintiff's Fourth Motion to Compel and For an Award of Attorneys' Fees and Costs (Doc. 144), filed on December 3, 2015, as follows:

1. On December 21, 2015, Adeptive and Butler filed and served their opposition to the motion (Doc. 152);

2. Pursuant to District of Nevada Local Rule 7-2(c) and Federal Rule of Civil

7148492_1

1  Procedure 6(a) and (d), CPAlead has until December 31, 2015 to file and serve its reply in
2  further support of its motion; and

3      3.    To accommodate the Hanukkah, Christmas, and New Year's holidays and the
4  associated vacation and travel schedules of counsel, the parties hereby agree and stipulate to
5  extend the date for CPAlead to file and serve its reply in support of its motion from December
6  31, 2015 to January 11, 2016.

7  **IT IS SO AGREED AND STIPULATED:**

8  LEWIS ROCA ROTHGERBER LLP      DURHAM JONES & PINEGAR

9
10 By: /s/ Jonathan W. Fountain      By: /s/ Shane W. Clayton
     Jonathan W. Fountain (NV Bar No. 10351)      Shane W. Clayton (NV Bar No. 8783)
     3993 Howard Hughes Parkway      10785 W. Twain, Suite 200
11 Suite 600      Las Vegas, NV 89135
     Las Vegas, NV 89169
12

13 Attorneys for Plaintiff      Attorneys for Defendants
     CPALead, LLC      Adeptive Ads LLC and Jason Butler
14
15 HINCH NEWMAN LLP

16 By: /s/ Richard B. Newman
     Richard B. Newman (NV Bar No. 8203)
17 1450 Broadway, 35th Floor
     New York, NY 10018
18
19 Attorneys for Plaintiff
     CPALead, LLC
20
21                     **IT IS SO ORDERED:**
22
23                     _____
24                     UNITED STATES MAGISTRATE JUDGE
25
                    DATED: December 28, 2015
26
27
28

-2-

# CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2015, I caused a true and accurate copy of the foregoing document entitled, **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE AND SERVE REPLY MEMORANDUM** (First Request), to be filed with the Clerk of the Court via the CM/ECF system, which an electronic copy of the same to the following

| | |
|---|---|
| Michael Belmonte a/k/a/ | Shane W. Clayton, Esq; |
| Michael Simmons | Durham Jones & Pinegar |
| 13006 Turkey Run | 10785 West Twain Avenue, Suite 200 |
| Austin, TX  78727 | Las Vegas, NV 89135 |
| | |
| Email: Michaelryansimmons@gmail.com | Email: sclayton@djplaw.com |
| | |
| Defendant *Pro Se* | Counsel for Adeptive Ads LLC and Jason Butler |

Dated: this 23rd day of December, 2015.

                                                   /s/  Jonathan W. Fountain
                                                  An employee of Lewis Roca Rothgerber, LLP