JONATHAN W. FOUNTAIN
Nevada Bar No. 10351
DALE KOTCHKA-ALANES
Nevada Bar No. 13168
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV  89169
Telephone: (702) 949-8340
Email: jfountain@lrrc.com
Email: mkotchkaalanes@lrrc.com

*Attorneys for Plaintiff*
*CPALEAD, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CPALEAD, LLC, a Wisconsin limited liability company,<br><br>                    Plaintiff,          v.<br><br>ADEPTIVE ADS LLC, a Nevada limited liability company, JASON BUTLER, an individual, and MICHAEL BELMONTE, an individual,<br><br>                    Defendants. | Case No.   2:14-CV-01449-JCM-CWH<br><br>**STIPULATION AND ORDER TO DISMISS ALL CLAIMS AND CAUSES OF ACTION AGAINST DEFENDANT MICHAEL BELMONTE a/k/a MICHAEL SUMMONS, ONLY, WITH PREJUDICE AND WITHOUT AN AWARD OF ATTORNEYS' FEES OR COSTS TO ANY PARTY** |

100388310_1

1    Plaintiff CPALead, LLC ("CPAlead") and Defendant Michel Belmonte a/k/a Michael

2   Simmons ("Mr. Simmons") hereby agree and stipulate to dismiss all claims and causes of

3   action alleged in this action against Mr. Simmons, only, with prejudice, and without an award

4   of attorneys' fees or costs to any party.

5    **IT IS SO AGREED AND STIPULATED:**

6   LEWIS ROCA ROTHGERBER                     MARQUIS AURBACH COFFING

7   CHRISTIE LLP

8   By: /s/ Jonathan W. Fountain              By: /s/ Jason M. Gerber
     Jonathan W. Fountain                      Jason M. Gerber
9    Dale Kotchka-Alanes                       10001 Park Run Drive
     3993 Howard Hughes Parkway, Suite 600     Las Vegas, NV 89145
10   Las Vegas, NV 89169

11

     *Attorneys for Plaintiff*                 *Attorneys for Defendant*
12   *CPALead, LLC*                            *Michael Belmonte a/k/a Michael Simmons*

13

14

15    **IT IS SO ORDERED:**

16

17   _____
      UNITED STATES DISTRICT JUDGE
18

19                                     March 17, 2017
      DATED: _____
20

21

22

23

24

25

26

27

28

100388310_1                                    2

1

## **CERTIFICATE OF SERVICE**

2     I hereby certify that on January 25, 2017, I caused a true and accurate copy of the

3  foregoing document entitled, STIPULATION AND ORDER TO DISMISS ALL CLAIMS

4  AND CAUSES OF ACTION AGAINST DEFENDANT MICHAEL BELMONTE a/k/a

5  MICHAEL SUMMONS, ONLY, WITH PREJUDICE AND WITHOUT AN AWARD OF

6  ATTORNEYS' FEES OR COSTS TO ANY PARTY, to be filed with the Clerk of the Court

7  via the Court's CM/ECF system, which will send/sent an electronic copy of the same to the

8  following:

9  Jason M. Gerber                          Shane W. Clayton
   Marquis Aurbach Coffing                  Durham Jones & Pinegar
10 10001 Park Run Drive                     10785 West Twain Avenue, Suite 200
   Las Vegas, NV 89145                      Las Vegas, NV 89135
11 Telephone: (702) 207-6097                Telephone: (702) 870-6060
   Email: jgerber@maclaw.com                Email: sclayton@djplaw.com
12

13 *Attorneys for Defendant*                *Attorneys for Adeptive Ads LLC and*
14 *Michael Belmonte a/k/a Michael Simmons* *Jason Butler*

15     Dated: this 25th day of January, 2017.

16                                          /s/ Rebecca Contla
                                            An employee of Lewis Roca Rothgerber Christie LLP
17

18

19

20

21

22

23

24

25

26

27

28

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

100388310_1