JONATHAN W. FOUNTAIN
Nevada Bar No. 10351
DALE KOTCHKA-ALANES
Nevada Bar No. 13168
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV 89169
Telephone: (702) 949-8340
Facsimile: (702) 949-8374
jfountain@lrrc.com
mkotchkaalanes@lrrc.com

*Attorneys for Plaintiff*
*CPALead, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CPALEAD, LLC, a Wisconsin limited liability company,<br><br>Plaintiff, v.<br><br>ADEPTIVE ADS LLC, a Nevada limited liability company, JASON BUTLER, an individual, and MICHAEL BELMONTE, an individual,<br><br>Defendants. | Case No. 2:14-CV-01449-JCM-CWH<br><br>**STIPULATION AND ORDER TO DISMISS ALL CLAIMS AND CAUSES OF ACTION AGAINST DEFENDANTS ADEPTIVE ADS LLC AND JASON BUTLER ONLY WITHOUT PREJUDICE AND WITHOUT AN AWARD OF ATTORNEYS' FEES OR COSTS** |

Plaintiff CPALead, LLC ("CPAlead") on the one hand, and Defendants Adeptive Ads LLC ("Adeptive") and Jason Butler ("Butler"), on the other hand, state the following:

1. They have executed a written agreement (the "Settlement Agreement"), agreeing to settle this civil action.

2. In connection with the Settlement Agreement, Butler and Adeptive have agreed to pay CPAlead $8,075 (the "Settlement Payment").

3. Butler and Adeptive have tendered the Settlement Payment to CPAlead's counsel.

4. The parties agree that Butler and Adeptive's payment of the Settlement Payment shall discharge Butler and Adeptive's obligation to pay sanctions in the amount of $8,075, as set forth in the Court's order dated January 25, 2016 (ECF No. 162).

5. Accordingly, CPAlead, on the one hand, and Butler and Adeptive, on the other

100042866_1

hand hereby agree and stipulate to dismiss this action as to Butler and Adeptive only, without prejudice, and without an award of attorneys' fees or costs.

**IT IS SO AGREED AND STIPULATED:**

| | |
|---|---|
| LEWIS ROCA ROTHGERBER CHRISTIE LLP | DURHAM JONES & PINEGAR |
| By: /s/ Jonathan W. Fountain | By: /s/ Shane W. Clayton |
| Jonathan W. Fountain (NV Bar No. 10351) | Shane W. Clayton (NV Bar No. 8783) |
| Dale Kotchka-Alanes (NV Bar No. 13168) | 10785 W. Twain, Suite 200 |
| 3993 Howard Hughes Parkway, Suite 600 | Las Vegas, NV 89135 |
| Las Vegas, NV 89169 | |
| Attorneys for Plaintiff | Attorneys for Defendants |
| CPALead, LLC | Adeptive Ads LLC and Jason Butler |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: April 17, 2017

# **CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2017, I caused a true and accurate copy of the foregoing document entitled, STIPULATION AND ORDER TO DISMISS ALL CLAIMS AND CAUSES OF ACTION AGAINST DEFENDANTS ADEPTIVE ADS LLC AND JASON BUTLER ONLY WITHOUT PREJUDICE AND WITHOUT AN AWARD OF ATTORNEYS' FEES OR COSTS, to be filed with the Clerk of the Court via the CM/ECF system, which will send an electronic copy of the same to the following:

| | |
|---|---|
| Michael Belmonte a/k/a<br>Michael Simmons<br>3206 Barksdale Dr.<br>Austin, TX 78725 | Shane W. Clayton, Esq.<br>Durham Jones & Pinegar<br>10785 West Twain Avenue, Suite 200<br>Las Vegas, NV 89135 |
| Email: michaelryansimmons@gmail.com | Email: sclayton@djplaw.com |
| Defendant *Pro Se* | *Counsel for Adeptive Ads LLC and Jason Butler* |

Dated: this 12th day of April, 2017.

                                                /s/ Jonathan W. Fountain
                                      An employee of Lewis Roca Rothgerber Christie LLP