UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

CPALEAD, LLC, a Wisconsin LLC

Plaintiff,

v.

ADEPTIVE ADS LLC, a Nevada limited liability company, JASON BUTLER, an individual, and MICHAEL BELMONTE, an individual

Defendants.

Case No. 2:14-CV-001449-JCM-CWH

**ORDER TO RELEASE BOND**

Presently before the court is the matter of *CPALEAD, LLC v. ADEPTIVE ADS, LLC, et al.*, case number 2:14-cv-01449-JCM-CWH.

On September 10, 2014, the court ordered Plaintiff, CPALEAD, LLC, to post a security for Temporary Restraining Order in the amount of $1,000.00 with the Clerk of the Court. On September 10, 2014, Plaintiff, CPALead and its attorneys Lewis Roca Rothgerber, LLP posted a security bond in the amount of $1,000.00. (ECF No. 7).

On April 17, 2017, the court granted the parties' Stipulation to Dismiss all claims of action against Defendants Adeptive Ads, LLC and Jason Butler only without prejudice and without an Award of Attorneys' Fees or Costs. (ECF No. 195). As this matter is now concluded, the court will refund to Lewis Roca Rothgerber Christie, LLP on behalf of CPALead the $1,000.00 security bond, plus interest.

Accordingly,

**IT IS SO ORDERED**

Dated May 23, 2019.

JUDGE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE